■ CURTIS J. KLAGER et al., Appellants, v. JEFFREY H. SEXTON, Doing Business as KENMORE HEATING COMPANY, Respondent.—

■ Memorandum: Implicit in our former decision (8 A D 2d 768) was the holding that the evidence presented a question of fact which required submission to the jury. The evidence introduced upon the second trial was substantially the same as that upon the first trial and the case should have been submitted to the jury. (Appeal from judgment of Erie County Court dismissing plaintiffs' complaint on a renewed motion made at the close of defendant's evidence, in a negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ CLARA M. PENDY et al., Appellants, v. JEFFREY H. SEXTON, Doing Business as KENMORE HEATING COMPANY, Respondent.—Same decision and like cause of action as in companion case of *Klager* v. *Sexton* (15 A D 2d 731).

■ ROBERT W. PEDERSEN, Appellant, v. RICHARD E. DILLON, Respondent.

■ All concur, except Henry J., who dissents and votes to affirm. (Appeal from judgment of Yates Trial Term for defendant for no cause of action in an automobile negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ KATHARINE J. CARNAHAN, Appellant, v. JOHN C. JACKSON et al., Respondents.—

Memorandum: The verdict of the jury was contrary to the weight of the evidence. (Appeal by plaintiff from judgment of Chautauqua Trial Term (1) in favor of defendant on counterclaim, and (2) in favor of defendants dismissing the complaint, on a no cause of action in an automobile negligence action. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.